UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:19-CV-790-DJH

**Electronically Filed**

**ASHLEA BURR & MARIO DAUGHERTY, ET AL**  PLAINTIFFS

v.  **NOTICE OF FILING OF REMOVAL AND PETITION FOR REMOVAL OF STATE COURT ACTION TO U.S. DISTRICT COURT**

**LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT, AND JOSEPH TAPP**  DEFENDANTS

\* \* \* \* \* \* \* \* \* \*

1. Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants, Louisville/Jefferson County Metro Government, (hereinafter "Metro Government"), and Joseph Tapp (hereinafter collectively "Defendants") hereby give notice of their removal of this action from the Jefferson Circuit Court, Civil Action No. 19-CI-006549, Division Eight, to the United States District Court, Western District of Kentucky, Louisville Division.

2. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 (because federal questions are involved) in that the allegations set forth in the Complaint allege violations of Plaintiff's U.S. Constitutional Rights and alleged violations of 42 U.S.C. § 2000cc et seq and the Kentucky Religious Freedom Restoration Act, KRS 446.350. This Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367 over the additional state law claims set forth in the Complaint.

3. Removal of this civil action to the U.S. District Court for the Western District of Kentucky at Louisville is proper, pursuant to 28 U.S.C. §1441(a) and (c), since this court has original jurisdiction and the Jefferson Circuit Court and Jefferson County is located within the Western District of Kentucky. The Complaint includes federal questions alleged under 42 U.S.C. § 1983 and therefore the case is removed pursuant to 28 U.S.C. 1441(c).

4. All Defendants were served in this action by way of summons           on 2019. Therefore, removal of this action is timely pursuant to 28 U.S.C. § 1446 (b).

5. As required by 28 U.S.C. § 1446 (a), a copy of the Complaint and Summons and all other pleadings which have been received are attached to this Petition for Joint Removal. The attached documents constitute all pleadings and other documents in the file of the Jefferson Circuit Court as of this date. The last Defendant served was Louisville Metro Government on October 24, 2019 with the Complaint.

6. Written notice of the filing of this Notice of Removal is being served on Plaintiff and filed with Jefferson Circuit Court in accordance with the requirements of 28 U.S.C. § 1146(d).

                                           Respectfully submitted,

                                           MICHAEL J. O'CONNELL
                                           JEFFERSON COUNTY ATTORNEY

                                           /s/ Susan K. Rivera
                                           SUSAN K. RIVERA
                                           Assistant Jefferson County Attorney
                                           531 Court Pl., Ste. 900
                                           Louisville, KY  40202
                                           (502) 574-3076
                                           *Counsel for Defendants, Louisville/Jefferson County Metro Government, et al.*

## CERTIFICATE

I hereby certify that a true and correct copy of the foregoing was served electronically through the E-Filing system and mailed via First-Class Mail, postage prepaid, this 31st day of October, 2019, upon the following:

Joshua T. Rose
Abell Rose LLC
108 S. Madison Avenue
Louisville, KY  40243
*Counsel for Plaintiff*

        /s/ Susan K. Rivera
        SUSAN K. RIVERA