*Electronically Filed*

| | |
|---|---|
| **NO. 19-CI-006549** | **JEFFERSON CIRCUIT COURT** |
| | **DIVISION EIGHT (8)** |
| | **JUDGE A.C. MCKAY CHAUVIN** |

**ASHLEA BURR & MARIO DAUGHERTY**  **PLAINTIFFS**

**v.**  **NOTICE OF REMOVAL OF**
**CIVIL ACTION TO U.S. DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**LOUISVILLE METRO GOVERNMENT,** *ET AL.*  **DEFENDANTS**

\* \* \* \* \* \* \*

TO:   Joshua T. Rose
      Abell Rose LLC
      108 S. Madison Avenue
      Louisville, KY  40243
      *Counsel for Plaintiff*


Please take notice that the Notice of Removal and Petition for Removal, with exhibits, which are attached hereto, were filed in the United States District Court for the Western District of Kentucky at Louisville on October 31, 2019, by the Defendants, Louisville/Jefferson County Metro Government and Joseph Tapp.

Respectfully submitted,

MICHAEL J. O'CONNELL
JEFFERSON COUNTY ATTORNEY

 /s/ Susan K. Rivera_____
SUSAN K. RIVERA
Assistant Jefferson County Attorney
531 Court Pl., Ste. 900
Louisville, KY  40202
(502 574-3076
*Counsel for Defendants, Louisville/Jefferson*
*County Metro Government, et al.*

<u>CERTIFICATE</u>

      It is hereby certified that a copy of the foregoing was mailed, postage prepaid, this 31st day of October, 2019, to the following person at the indicated address:

Joshua T. Rose
Abell Rose LLC
108 S. Madison Avenue
Louisville, KY  40243
*Counsel for Plaintiff*

                                            /s/ Susan K. Rivera
                                           SUSAN K. RIVERA