**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**CIVIL ACTION NO. 3:19-CV-790-DJH**

**ASHLEA BURR,** *et al.* **PLAINTIFFS**

vs.   **DEFENDANTS' MOTION TO DISMISS**
   **(electronically filed)**

**LOUISVILLE/JEFFERSON COUNTY**
**METRO GOVERNMENT,** *et al* **DEFENDANTS**

* * * * * * *

Come Defendant, Louisville/Jefferson County Metro Government (Metro Government) by counsel, and respectfully move this Court to dismiss the above-styled action against it for failure to state a claim. A Memorandum in support of the Motion is attached hereto and incorporated herein.

Respectfully submitted,

MICHAEL J. O'CONNELL
JEFFERSON COUNTY ATTORNEY

 /s/ *Susan K. Rivera*
SUSAN K. RIVERA
Assistant Jefferson County Attorney
531 Court Place, Suite 900
Louisville, Kentucky 40202
Phone (502) 574-3076
Fax (502) 574-4215
Susan.rivera@louisvilleky.gov
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify a copy of the foregoing was electronically filed on November 5, 2019. Further, it is hereby certified that a copy of the foregoing was mailed on November 5, 2019, via first-class U.S. mail, postage prepaid to:

Joshua T. Rose
ABELL ROSE LLC
108 S. Madison Ave.
Louisville, KY 40243

                              /s/ *Susan K. Rivera*
                              Susan K. Rivera