## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

### NO. 3:19-CV-790-DJH

**ASHLEA BURR,** *et al.*                                                             **PLAINTIFFS**

**v.**                                     **ORDER**

**LOUISVILLE/JEFFERSON COUNTY**
**METRO GOVERNMENT,** *et al.*                                       **DEFENDANTS**

\* \* \* \* \* \* \*

On Motion of the Defendant, Louisville-Jefferson County Metro Government, to Dismiss the Complaint against it pursuant to Fed. R. Civ. P. 12(b)(6) and this Court being fully advised;

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss is granted, and all claims related to Louisville-Jefferson County Metro Government are dismissed with prejudice.