UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:19-CV-790-DJH

ASHLEA BURR, MARIO DAUGHERTY,     PLAINTIFFS
on behalf of themselves and as guardians and next friends of
minor children, J.B., Z.S.W. and Z.S.
v.

LOUISVILLE METRO GOVERNMENT, *et al.*     DEFENDANTS

*** *** ***

## REPORT OF THE PARTIES' 26(f) PLANNING MEETING

Now come jointly the parties, Plaintiffs, Ashlea Burr ("Ashlea") and Mario Daugherty ("Mario"), on behalf of themselves and as guardians and next friends of minor children, J.B., Z.S.W. and Z.S. ("Children")(collectively "Plaintiffs") and Defendants, Louisville Metro Government ("Metro") and Joseph Tapp ("Tapp")(collectively "Defendants"), and for their Rule 26(f) Planning Meeting Report state as follows:

**Briefly Describe Claims:**

Plaintiffs, bring claims under 42 U.S.C. § 1983 and related state law claims as a result of Defendants raiding their home with a SWAT team without probable cause and in an egregious and unreasonable manner in violation of law.

Defendants deny those allegations, and Metro has filed a pending and fully briefed motion to dismiss.

**The parties believe that a scheduling conference would be helpful now in this case.**

Yes _____      No __X__

If yes, for what reason?

**The parties have conferred and agree as follows:**

1. **Pre-Discovery Disclosures:**

The parties will exchange by **August 23, 2020**, the information required by Fed. R. Civ. P. 26(a)(1).

The parties are under a continuing duty to supplement their disclosures and responses as required by Rule 26(e) whenever necessary during the entire course of this litigation, but **no later than December 23, 2020.**

2. **Preliminary Discovery:**

   The parties do not believe that discovery should proceed in phases.

3. **Special Instructions re: Interrogatories, Requests for Admissions and Depositions:**

   The parties do not anticipate needing any changes to the limits placed on discovery by the Federal and Local Rules.

4. **Identify Experts and Compliance with Fed. R. Civ. P. 26(a)(2):**

   From Plaintiff by: **August 1, 2021**

   From Defendant by: **September 1, 2021**

5. **Joinder(s) of Additional Parties and Amendment of Pleadings:**

   From Plaintiff by: **August 1, 2021**

   From Defendant by: **September 1, 2021**

6. **Other Miscellaneous Matters:**

   a. The parties do not anticipate the need for a protective order. Should one become necessary, the parties will attempt to agree to a joint proposed order before raising it with the Court.

   b. The parties have agreed that electronically stored information ("ESI") can be initially produced in the form most convenient for the producing party. If the requesting party determines that it needs particular items in native format, it may request that the producing party re-produce the ESI at issue in native format.

   c. The production of privileged or work-product protected documents, ESI or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This agreement shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d). Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

7. **All Discovery:**

   Fact discovery shall be completed by: **August 1, 2021**

   Expert discovery completed by: **October 1, 2021**

8. **Dispositive Motions:**

   Dispositive Motions shall be filed by: **September 15, 2021**

9. **Administrative Record:**

   Is this a matter in which the parties believe the Court will be reviewing an administrative record compiled by a plan administrator:

   Yes _____  No __X__

   If yes, administrative record to be filed by: _____

   Responses due by: _____

   Replies due by: _____

**The parties would like a settlement conference:** Yes, but after some discovery and when the parties are ready.

**Jury Trial Request:**

   Yes __X__      No _____

   If yes, case should be ready for trial by: January 2022

   Anticipated length of trial: 5 (days)

*[Signature Page Follows]*

Having Seen and Agreed:

*/s/ Joshua T. Rose*
JOSHUA T. ROSE
Abell Rose LLC
108 S. Madison Ave.
Louisville, KY 40243
(502) 450-5611
jrose@abellroselaw.com
*Counsel for Plaintiff*

/s/ Brendan Daugherty
Susan K. Rivera
Brendan Daugherty
Judi Johnson
Assistant Jefferson County Attorney
531 Court Place, Suite 900
Louisville, KY 40202
*Counsel for Defendants*