UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
Civil Action No. 3:19-cv-00790-DJH

ASHLEA BURR, MARIO DAUGHERTY,                                                      PLAINTIFFS
on behalf of themselves and as guardians and next friends of
minor children, J.B., Z.S.W. and Z.S.
v.

LOUISVILLE METRO GOVERNMENT, *et al.*                                              DEFENDANTS

*** *** ***

## PLAINTIFFS' MOTION FOR LEAVE TO AMEND THEIR COMPLAINT

Plaintiffs, Ashlea Burr ("Ashlea") and Mario Daugherty ("Mario"), on behalf of themselves and as guardians and next friends of minor children, J.B., Z.S.W. and Z.S. ("Children")(collectively "Plaintiffs") move to amend their complaint against Defendants. Plaintiffs' proposed Amended Complaint is attached as **Exhibit A**.

Pursuant to this Court's Order of November 8, 2020 and F.R.C.P. 15(a)(2), Plaintiffs seek leave to amend their *Monell* claim against Defendant, Louisville Metro Government ("Metro"). "The Court should freely give leave when justice so requires." F.R.C.P. 15(a)(2).

Plaintiffs' proposed amendment is not futile, because the amended allegations clearly give rise to plausible claims when taking all allegations in the Complaint as true and drawing all reasonable inferences therefrom in favor of Plaintiffs. *See New v. Louisville Metro Government,* 2016 WL 1268299 (W.D.KY., D. Hale).

In their Amended Complaint, Plaintiffs allege with specificity Metro's inadequate training and why it amounted to deliberate indifference of their Fourth Amendment rights. Plaintiffs also allege that Metro's actual policy and custom regarding obtaining and executing search warrants varies from its written policy, which caused Plaintiffs' constitutional rights to be violated.

Thus, the Court should grant Plaintiffs leave to amend their complaint. A proposed order is tendered herewith.

Respectfully submitted:

/s/ Joshua T. Rose
Joshua T. Rose
ABELL ROSE LLC
108 S. Madison Ave.
Louisville, KY 40243
(502) 450-5611
jrose@abellroselaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed via the Court's ECF system on this 18th day of November 2020, and served upon those registered to receive service thereof:

Susan K. Rivera
Assistant Jefferson County Attorney
531 Court Place, Suite 900
Louisville, KY 40202
susan.rivera@louisvilleky.gov
*Attorney for Defendants*

/s/ Joshua T. Rose
Joshua T. Rose
