UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
Civil Action No. 3:19-cv-00790-DJH

ASHLEA BURR, MARIO DAUGHERTY,      PLAINTIFFS
on behalf of themselves and as guardians and next friends of
minor children, J.B., Z.S.W. and Z.S.
v.

LOUISVILLE METRO GOVERNMENT, *et al.*      DEFENDANTS

\*\*\* \*\*\* \*\*\*

## **ORDER**

Upon motion of Plaintiffs, they are granted leave to amend their complaint. The Amended Complaint attached to Plaintiffs' motion is not futile and properly pleads their claims.

It is deemed filed and served as of the date of this Order.

            _____
            JUDGE

            _____
            DATE

TENDERED BY:

/s/ Joshua T. Rose_____
Joshua T. Rose
Abell Rose LLC
108 S. Madison Ave.
Louisville, Kentucky 40243
(502) 450-5611
(502) 450-5612 - Fax
jrose@abellroselaw.com
*Counsel for Plaintiffs*