UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*Electronically Filed*

| | |
|---|---|
| ASHLEA BURR, *et al.* ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v.  ) | NO. 3:19-CV-790-DJH |
| ) | |
| LOUISVILLE METRO GOVERNMENT, *et al.* ) | |
| ) | |
| Defendants ) | |

## **RESPONSE TO MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Come now the Defendants, Louisville Metro Government ("Metro") and Detective Joseph Tapp, by counsel, and for their Response to Plaintiffs' Motion for Leave to file an Amended Complaint, state that they have no objection to the filing of an Amended Complaint. An Answer to the Amended Complaint will be filed separately.

Respectfully Submitted,

MIKE O'CONNELL
JEFFERSON COUNTY ATTORNEY

/s/ *Susan K. Rivera*
Susan K. Rivera
Assistant Jefferson County Attorney
200 S. Fifth Street, Suite 300N
Louisville, Kentucky 40202
PHONE: (502) 574-3076
FAX: (502) 574-5573
EMAIL: susan.rivera@louisvilleky.gov
*COUNSEL FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 2, 2020, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will automatically send copies to all counsel of record.

      /s/ *Susan K. Rivera*
      *Counsel for Defendants*