UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ASHLEA BURR and MARIO
DAUGHERTY, on behalf of themselves and
as guardians and next friends of minor
children, J.B., Z.S.W., and Z.S.,                                    Plaintiffs,

v.                                                                         Civil Action No. 3:19-cv-790-DJH

LOUISVILLE METRO GOVERNMENT
et al.,                                                                      Defendants.

\* \* \* \* \*

## ORDER

Plaintiffs Ashlea Burr and Mario Daugherty move for leave to amend their complaint. (Docket No. 10)  Defendants Louisville Metro Government and Joseph Tapp do not oppose the motion.  (D.N. 12)  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the motion for leave to amend (D.N. 10) is **GRANTED**.  The Clerk of Court is **DIRECTED** to file the tendered amended complaint (D.N. 10-1) in the record of this matter.