# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

### CIVIL ACTION NO.  3:19-CV-790-DJH-RSE

**ASHLEA BURR,** *et al.*                                                                    **PLAINTIFFS**

vs.        **DEFENDANT'S MOTION FOR REMOTE DEPOSITION**
                              **(electronically filed)**

**LOUISVILLE/JEFFERSON COUNTY**
**METRO GOVERNMENT,** *et al*                                                **DEFENDANTS**

\* \* \* \* \* \* \*

Comes Defendant, Joseph Tapp, by counsel, and moves the Court to Order that his deposition be taken via remote means pursuant to Fed. R. Civ. P. 30(b)(4).  A Memorandum in support of the Motion is attached hereto and incorporated herein.

Respectfully submitted,

MICHAEL J. O'CONNELL
JEFFERSON COUNTY ATTORNEY

/s/ *Susan K. Rivera*
SUSAN K. RIVERA
Assistant Jefferson County Attorney
531 Court Place, Suite 900
Louisville, Kentucky 40202
Phone (502) 574-3076
Fax (502) 574-4215
Susan.rivera@louisvilleky.gov
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 10, 2020, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will automatically send copies to all counsel of record.


            /s/ *Susan K. Rivera*
            Susan K. Rivera