# Rivera, Susan

| | |
|---|---|
| **From:** | Rivera, Susan |
| **Sent:** | Friday, December 4, 2020 9:16 AM |
| **To:** | Josh Rose |
| **Subject:** | RE: Tapp Deposition |

It is premature at this time to assume that January will be safe. The vaccine is going to be a slow rollout, and all experts have said that winter is going to be very dangerous. The good thing about our profession is that we have the technology and ability to adapt and do things remotely, as has been widely done since March. I am not committing to any dates in person until it is clear from medical experts that it is safe to do so in order to protect my family. I will produce my client remotely as stated.

**From:** Josh Rose <jrose@abellroselaw.com>
**Sent:** Wednesday, December 2, 2020 2:49 PM
**To:** Rivera, Susan <Susan.Rivera@louisvilleky.gov>
**Subject:** RE: Tapp Deposition

**CAUTION: This email came from outside of Louisville Metro. Do not click links or open attachments unless you recognize the sender and know the content is safe**

Just let me know if the dates in January work and we can discuss in January about in person. It is premature at this time.

Joshua T. Rose
Attorney at Law
Abell Rose LLC
jrose@abellroselaw.com
Tel: 502-450-5611
108 S. Madison Avenue
Louisville, KY 40243

**From:** Rivera, Susan <Susan.Rivera@louisvilleky.gov>
**Sent:** Wednesday, December 2, 2020 2:30 PM
**To:** Josh Rose <jrose@abellroselaw.com>
**Subject:** RE: Tapp Deposition

I'm not producing my client in person at this time but am happy to do so remotely.

**From:** Josh Rose <jrose@abellroselaw.com>
**Sent:** Wednesday, December 2, 2020 9:51 AM
**To:** Rivera, Susan <Susan.Rivera@louisvilleky.gov>
**Subject:** RE: Tapp Deposition

**CAUTION: This email came from outside of Louisville Metro. Do not click links or open attachments unless you recognize the sender and know the content is safe**

Please let me know if either of the dates I proposed work. Thanks

Joshua T. Rose
Attorney at Law
Abell Rose LLC
jrose@abellroselaw.com
Tel: 502-450-5611
108 S. Madison Avenue
Louisville, KY 40243

**From:** Josh Rose
**Sent:** Wednesday, December 2, 2020 9:52 AM
**To:** 'Rivera, Susan' <Susan.Rivera@louisvilleky.gov>
**Subject:** RE: Tapp Deposition

Vaccine should be out this month. I already had COVID so I can't contract it. I will notice it for in person and we can play it by ear next month. You could attend remotely if you have personal concerns. I assume Officer Tapp is still working and interacting with people everyday…

Joshua T. Rose
Attorney at Law
Abell Rose LLC
jrose@abellroselaw.com
Tel: 502-450-5611
108 S. Madison Avenue
Louisville, KY 40243

**From:** Rivera, Susan <Susan.Rivera@louisvilleky.gov>
**Sent:** Tuesday, December 1, 2020 4:27 PM
**To:** Josh Rose <jrose@abellroselaw.com>
**Subject:** RE: Tapp Deposition

It's your deposition so it's your choice if you want to cancel the deposition that is scheduled or do it virtually.  However, I am not scheduling anything in person right now as it is highly unlikely that the pandemic is going to end in the next month. I believe that the Courts want the cases to move forward and have encouraged the use of virtual depositions.

**From:** Josh Rose <jrose@abellroselaw.com>
**Sent:** Tuesday, December 1, 2020 10:07 AM
**To:** Rivera, Susan <Susan.Rivera@louisvilleky.gov>
**Subject:** RE: Tapp Deposition

**CAUTION: This email came from outside of Louisville Metro. Do not click links or open attachments unless you recognize the sender and know the content is safe**

Susan,

Let's go ahead and get a new date for January for in person. How about Jan. 20 or 21?

Joshua T. Rose
Attorney at Law
Abell Rose LLC
jrose@abellroselaw.com
Tel: 502-450-5611
108 S. Madison Avenue
Louisville, KY 40243

**From:** Rivera, Susan <Susan.Rivera@louisvilleky.gov>
**Sent:** Monday, November 30, 2020 5:16 PM
**To:** Josh Rose <jrose@abellroselaw.com>
**Subject:** Tapp Deposition


Josh,

Given the continued surge of COVID cases both in Kentucky and in Indiana where Detective Tapp resides, I am again requesting that Detective Tapp's deposition that is scheduled for 12/17 be conducted virtually.

Thank you,

Susan K. Rivera
Assisant Jefferson County Attorney
Civil Litigation Division
First Trust Centre
200 S. Fifth Street, Suite 300N
Louisville, KY  40202
(502) 574-3076


The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.