UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:19-CV-790-DJH

ASHLEA BURR, et al.                                          PLAINTIFFS

VS.            **AMENDED NOTICE TO TAKE DEPOSITION**

LOUISVILLE METRO GOVERNMENT, *et al.*                        DEFENDANTS

\*\*\* \*\*\* \*\*\* \*\*\*

PLEASE TAKE NOTICE that on the 20th day of January, 2020, at the hour of 9:30 a.m. the undersigned will take the deposition of Joseph Tapp at the office of Abell Rose Law, 108 S. Madison Ave., Louisville, Kentucky 40243, pursuant to and for all purposes allowed by the Kentucky Rules of Civil Procedure. The deposition will continue from day to day until completed.

RESPECTFULLY SUBMITTED,

/s/ Joshua T. Rose
Joshua T. Rose
Abell Rose Law
108 S. Madison Ave.
Louisville, KY 40243
(502) 450-5611
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was faxed and/or mailed first class, postage prepaid on this 4th day of December, 2020, to the following:

Susan K. Rivera
Assistant Jefferson County Attorney
531 Court Place, Suite 900
Louisville, KY 40202
susan.rivera@louisvilleky.gov
*Attorney for Defendants*

Kentuckiana Reporters
schedule@kentuckianareporters.com
Court Reporter

_____
Joshua T. Rose