Discover Thomson Reuters

Directory of sites    Login    Contact    Support

| Wall Street hits highs as slowing job growth spurs stimulus | As U.S. COVID-19 deaths shatter records, leaders plead for | U.S. la... COVID... |
| --- | --- | --- |
| 30 MINUTES AGO | 36 MINUTES AGO | AN HO... |



World   Business   Markets   Breakingviews   Video   More

INDIA TOP NEWS        DECEMBER 2, 2020 / 9:28 PM / UPDATED 2 DAYS AGO

# CDC chief warns Americans face 'rough' winter from COVID-19 surge

By Steve Gorman, Daniel Trotta        6 MIN READ        

(Reuters) - The head of the U.S. Centers for Disease Control and Prevention warned on Wednesday the COVID-19 pandemic, still raging with unprecedented fury nationwide, will pose the country's grimmest health crisis yet over the next few months, before vaccines become widely available.



CDC Director Dr. Robert Redfield urged stricter adherence to safety precautions such as wearing face coverings, social distancing and good hand hygiene to slow the spread of a highly contagious respiratory virus now claiming well over 2,000 U.S. lives a day.

The sober message from one of the nation's top health officers followed Thanksgiving holiday observances in which millions of Americans disregarded warnings to avoid travel and large gatherings even as COVID infections and hospitalizations surged largely unchecked.

Besides the monumental loss of life, Redfield said, the country faces the prospect of a healthcare system strained to the point of collapse. The contagion has now reached every corner of the country - with 90% of all hospitals in areas designated as coronavirus "hot zones" - and continues to spread on a much steeper trajectory than any previous wave of the pandemic.

"The reality is that December, January and February are going to be rough times," Redfield told a livestream presentation hosted by the U.S. Chamber of Commerce Foundation. "I actually believe they're going to be the most difficult time in the public health history of this nation."

President-elect Joe Biden amplified the bleak forecast during a roundtable with workers and small business owners hard hit by the devastating economic fallout of the pandemic.

"Christmas is going to be a lot harder. I don't want to scare anybody here, but understand the facts - we're likely to lose another 250,000 people dead between now and January. You hear me?" Biden said.

More than 270,000 Americans have died from COVID-19 to date. And the University of Washington's influential Institute for Health Metrics and Evaluation has projected the toll could reach nearly 450,000 by March 1 without greater attention to social distancing and mask-wearing.

### VACCINES ON HORIZON

The dire warnings came as U.S. health experts on Wednesday welcomed British emergency approval of Pfizer Inc's COVID-19 vaccine, a sign that U.S. regulators may soon follow suit.

As U.S. coronavirus hospitalizations jumped to their highest since the onset of the global pandemic, Britain gave emergency use approval to the vaccine developed by Pfizer and German partner BioNTech SE, the first Western country to take such action.

Slideshow ( 5 images )
NOW READING   CDC chief warns Americans face 'rough' winter from COVID-19 surge

Wall Street hits highs as slowing job growth spurs stimulus...
30 MINUTES AGO

As U.S. COVID-19 deaths shatter records, leaders plead for...
36 MINUTES AGO

U.S. la COVID
AN HO

Britain said it would start inoculating high-risk people early next week, a move that could help reassure Americans about the prospect of an expected mass-vaccination program reminiscent of the anti-polio campaigns of the 1950s and 1960s.

"This should be very reassuring. An independent regulatory authority in another country has found this vaccine to be safe and effective for use," U.S. Health Secretary Alex Azar told Fox Business Network on Wednesday.

The British approval is also likely to "put a little pressure on" U.S. regulators to move swiftly, said Kirsten Hokeness, an immunology and virology expert at Bryant University in Rhode Island.

REGULATORY AND SOCIAL HURDLES

A CDC advisory committee recommended on Tuesday that medical workers and residents of long-term care facilities should be first in line to receive initial doses of the vaccines.

U.S. COVID-19 hospitalizations hit a record for a fourth consecutive day on Tuesday, approaching 100,000, according to a Reuters tally. At the same time, exhausted healthcare professionals are short-staffed, with many of their colleagues falling sick.

A U.S. Food and Drug Administration (FDA) panel of outside advisers is due to meet on Dec. 10 to discuss whether to recommend emergency-use

NOV... | authorization of the Pfizer vaccine. Moderna's vaccine, also found to be | ...
Wall Street hits highs as slowing job growth spurs stimulus... | nearly 95% effective, is expected to be reviewed a week later. | As U.S. COVID-19 deaths shatter records, leaders plead for ... | U.S. la COVID
30 MINUTES AGO | | 36 MINUTES AGO | AN HO

While some U.S. health officials described a rollout timeline that assumed FDA authorization would come within days of the Dec. 10 meeting, FDA officials have said it could take weeks.

Pfizer, Moderna and a third producer, AstraZeneca Plc, have already started manufacturing their vaccines and say distribution could begin almost immediately after approval. AstraZeneca, however, may have to conduct an additional trial to gain U.S. approval after a dosing error led to better results in recently released data than for its planned regimen.

Beyond regulatory hurdles, vaccinations face opposition from significant numbers of Americans who reject medical science and fear vaccines as harmful.

Slideshow ( 5 images )

Similarly, many Americans still refuse to follow basic public health guidance on wearing masks and avoiding crowds.

In hopes of increasing compliance, the CDC on Wednesday added new guidelines to shorten the duration of quarantines.

The health agency said seven days with a negative COVID-19 test and 10 days without a test would suffice for individuals showing no symptoms after

exposure to the virus. But it still recommends a 14-day quarantine as preferable.

NOW REPORTING

Wall Street hits highs as slowing job growth spurs stimulus...
30 MINUTES AGO

As U.S. COVID-19 deaths shatter records, leaders plead for ...
36 MINUTES AGO

U.S. la
COVID
AN HO

Reporting by Steve Gorman, Daniel Trotta, Nathan Layne, Doina Chiacu, Maria Caspani, Caroline Humer, Lisa Shumaker, Peter Szekely, Susan Heavey, Mrinalika Roy, Trisha Roy and Simon Lewis; Editing by Bill Tarrant and Stephen Coates

*Our Standards: [The Thomson Reuters Trust Principles.](#)*

**PAID PROMOTIONAL LINKS**    Promoted by **Dianomi**



**Where should you invest $1,000 right now?**
The Motley Fool



**How do I invest? Turn to the Nerds to get started.**
NerdWallet



**The Only Card that Rounds Up to the Nearest 10 Points**
Citi Rewards+℠ Card



**7 Mistakes You'll Make When Hiring a Financial Advisor**
smartasset



**Investor Who Called March 2020 Market Bottom Says Buy TaaS Now**
Empire Financial Research

**MORE FROM REUTERS**

NOW READING CDC chief warns Americans face 'rough' winter from COVID-19 surge

PAID PROMOTIONAL LINKS                                                              Promoted by **Dianomi**

| Wall Street hits highs as slowing job growth spurs stimulus... | As U.S. COVID-19 deaths shatter records, leaders plead for ... | U.S. la COVID |
| 30 MINUTES AGO | 36 MINUTES AGO | AN HO |

**Get a 0% Intro APR on Purchases and Balance Transfers for 15 Months**
Sponsored by Citi Rewards+℠ Card

**Emerging market debt: A path less volatile?**
Sponsored by Aviva Investors

**Invest in a Merrill Edge Self-Directed Account and Receive up to $600**
Sponsored by From Merrill

**7 Mistakes You'll Make When Hiring a Financial Advisor**
Sponsored by smartasset

**Motley Fool Issues Rare "All In" Buy Alert**
Sponsored by The Motley Fool

**Learn the 5 easy steps to start buying stocks**
Sponsored by NerdWallet



**Could This Stock Be the Next Zoom (ZM)?**
Sponsored by Altimetry



**Get up to $5,000* + commission-free equities & options trades**
Sponsored by TradeStation



**Do you have the skills for new roles? Explore our virtual programs.**
Sponsored by HBS Executive Education



**You'll regret not securing this cash back bonus**
Sponsored by The Ascent



**Pay 0 Interest Until 2022**
Sponsored by CompareCards

MORE FROM REUTERS



NOW READING CDC chief warns Americans face 'rough' winter from COVID-19 surge

Wall Street hits highs as slowing job growth spurs stimulus...
30 MINUTES AGO

As U.S. COVID-19 deaths shatter records, leaders plead for...
36 MINUTES AGO

U.S. la COVID AN HO

PAID PROMOTIONAL LINKS                                    Promoted by Dianomi


**Access Expert Fixed Income Insights by State Street SPDR®**
State Street Global Advisors


**Learn how to buy stocks**
NerdWallet


**Under-the-Radar Company Receives Rare "All In" Buy Signal**
The Motley Fool


**7 Mistakes You'll Make When Hiring a Financial Advisor**
smartasset


**Investor Who Called March 2020 Market Bottom Says Buy TaaS Now**
Empire Financial Research

Apps   Newsletters   Advertise with Us   Advertising Guidelines   Cookies   Terms of Use   Privacy



All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

© 2020 Reuters. All Rights Reserved.