**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**NO. 3:19-CV-790-DJH-RSE**

**ASHLEA BURR,** *et al.*                                                                                        **PLAINTIFFS**

**v.**                                                          **ORDER**

**LOUISVILLE/JEFFERSON COUNTY**
**METRO GOVERNMENT,** *et al.*                                                                         **DEFENDANTS**

\* \* \* \* \* \* \*

On Motion of the Defendant, Joseph Tapp, for a remote deposition pursuant to Fed. R. Civ. P. 30(b)(4) and this Court being fully advised;

**IT IS HEREBY ORDERED** that the deposition of Joseph Tapp that is scheduled to occur on January 20, 2021 shall be conducted remotely.