UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ASHLEA BURR et al                                                                             Plaintiff

v.                                                          Civil Action No. 3:19-cv-790-DJH

LOUISVILLE METRO GOVERNMENT et al                      Defendant

\* \* \* \* \*

## **SCHEDULING ORDER**

The Court conducted a telephonic Rule 16 scheduling conference in this matter on February 1, 2021, with the following counsel participating:

         For Plaintiff(s):         Joshua Taylor Rose

         For Defendant(s):     Susan K. Rivera

Based on the parties' Rule 26(f) Planning Meeting Report (DN 8), and the Court being otherwise sufficiently advised, it is hereby

         **ORDERED** as follows:

(1)      Initial disclosures pursuant to FRCP 26(a)(1) have been completed.

(2)      Any motion to amend pleadings or motion to join additional parties shall be filed

         By Plaintiffs:          no later than **October 1, 2021**

         By Defendants:       no later than **November 1, 2021.**

(3)      Identification of experts in accordance with FRCP 26(a)(2) shall be due

         By Plaintiffs:          no later than **October 1, 2021**

         By Defendants:       no later than **November 1, 2021.**

(4)     The parties shall complete all discovery no later than **December 1, 2021.** No motion pertaining to discovery may be filed without first having a joint telephonic conference with Magistrate Judge Edwards arranged through her chambers.

(5)     No later than **January 18, 2022**, counsel for the parties shall file all dispositive motions and any motions objecting to the admissibility of expert witness testimony under Federal Rule of Evidence 702, *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999).

(6)     A telephonic status conference is scheduled for **April 6, 2021 at 10:00 a.m.** before the Honorable Regina S. Edwards, United States Magistrate Judge. To participate in the conference, counsel shall use the following dial in information: 1-888-808-6929, Access Code 2887606.

Date:  February 1, 2021         ENTERED BY ORDER OF THE COURT

                                                     REGINA S. EDWARDS
                                                     UNITED STATES MAGISTRATE JUDGE
                                                     JAMES J, VILT, JR., CLERK
                                                    By: /s/ *Ashley Henry*
                                                         **Deputy Clerk**

cc: Counsel of Record

0|10