UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**ASHLEA BURR et al**                                                                 **PLAINTIFF**

**v.**                                                           **CIVIL ACTION NO. 3:19-CV-790-DJH**

**LOUISVILLE METRO GOVERNMENT et al**                                    **DEFENDANT**

### ORDER

A telephonic status conference was conducted in this matter on April 6, 2021. Joshua Taylor Rose participated on behalf of the plaintiffs. Susan K. Rivera participated on behalf of the defendants.

Based on a discussion, the parties are proceeding with the case in accordance with the scheduling order entered on February 1, 2021 (DN 22). A further telephonic status conference is scheduled for **May 20, 2021 at 10:30 a.m.** before the Honorable Regina S. Edwards, United States Magistrate Judge. To participate in the conference, counsel shall use the following dial in information: 1-888-808-6929, Access Code 2887606.

Date: April 6, 2021             **ENTERED BY ORDER OF COURT:**
                                **REGINA S. EDWARDS, MAGISTRATE JUDGE**
                                **UNITED STATES DISTRICT COURT**
                                **JAMES J. VILT, JR., CLERK**
                                **By:**     /s/   *Ashley Henry*
                                              **Deputy Clerk**

Copies to counsel

0|05