# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**ASHLEA BURR et al**                                                                  **PLAINTIFF**

**v.**                                                              **CIVIL ACTION NO. 3:19-CV-790-DJH**

**LOUISVILLE METRO GOVERNMENT et al**                                           **DEFENDANT**

## ORDER

A telephonic status conference was conducted in this matter on May 20, 2021. Joshua Taylor Rose participated on behalf of the plaintiffs. Susan K. Rivera participated on behalf of the defendants.

Based on a discussion, the parties are scheduling depositions and proceeding with the case in accordance with the current deadlines. A further telephonic status conference is scheduled for **July 21, 2021 at 1:30 p.m.** before the Honorable Regina S. Edwards, United States Magistrate Judge. To participate in the conference, counsel shall use the following dial in information: 1-888-808-6929, Access Code 2887606.

Date: May 20, 2021        **ENTERED BY ORDER OF COURT:**
                                        **REGINA S. EDWARDS, MAGISTRATE JUDGE**
                                        **UNITED STATES DISTRICT COURT**
                                        **JAMES J. VILT, JR., CLERK**
                                        **By:   /s/   *Ashley Henry***
                                                                    **Deputy Clerk**

Copies to counsel

0|05