UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:19-CV-790-DJH

ASHLEA BURR, MARIO DAUGHERTY,                                                    PLAINTIFFS
on behalf of themselves and as guardians and next friends of
minor children, J.B., Z.S.W. and Z.S.
v.

LOUISVILLE METRO GOVERNMENT, *et al.*                                            DEFENDANTS

\*\*\* \*\*\* \*\*\*

## STIPULATION

Plaintiffs, Ashlea Burr ("Ashlea") and Mario Daugherty ("Mario"), on behalf of themselves and as guardians and next friends of minor children, J.B., Z.S.W. and Z.S. ("Children")(collectively "Plaintiffs") and Defendants, Louisville Metro Government ("Metro") and Joseph Tapp ("Tapp")(collectively "Defendants"), agree and stipulate as follows:

1. Plaintiffs requested to take Metro's F.R.C.P. 30(b)(6) deposition on the following topic: Metro's position on whether or not Tapp followed Metro's policies and training in obtaining the search warrant at issue.

2. Metro objected to being deposed on that topic due to the lack of an investigation and conclusions into the matter and thus not having a position thereon.

4. Metro agrees that the only testimony that it will offer in any form, including via live testimony at trial, deposition, or affidavit, relating to whether Tapp followed Metro's policies and/or training in obtaining the search warrant at issue will be in the form of expert testimony by a disclosed expert, provided such testimony is properly admissible under applicable law. Nothing shall preclude Tapp from testifying as to his belief that he followed LMPD policies, procedures, or his training.

5.  Plaintiffs shall not seek Metro's Rule 30(b)(6) deposition on the above identified topic given Metro's stipulations herein.

Stipulated to by:

*/s/ Joshua T. Rose*
JOSHUA T. ROSE
Abell Rose LLC
108 S. Madison Ave.
Louisville, KY 40243
(502) 450-5611
jrose@abellroselaw.com
*Counsel for Plaintiffs*

/s/ Susan Rivera
Susan K. Rivera
Assistant Jefferson County Attorney
200 S. Fifth Street, Suite 300N
Louisville, KY 40202
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed via the Court's ECF system on this 25th day of August 2021, and served upon those registered to receive service thereof:

/s/ Joshua T. Rose
Joshua T. Rose