**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:19-CV-00790-DJH-RSE**

**ASHLEA BURR** *et al.*                                                                                             **PLAINTIFFS**

**VS.**

**LOUISVILLE METRO GOVERNMENT** *et al.*                                                 **DEFENDANTS**

**ORDER**

A settlement conference was conducted in this action on September 23, 2021, with Joshua Rose appearing on behalf of the Plaintiffs and Susan Rivera appearing on behalf of the Defendants. The parties did not reach a settlement but discussions are ongoing. Accordingly, the parties are instructed to call in to chambers to schedule *ex parte* settlement calls with the undersigned Magistrate Judge.

Additionally, the Court will reiterate that all parties and/or party representatives with settlement authority must be present at any future settlement conferences held in this matter. Failure to bring a client and/or fully authorized agent may result in the imposition of sanctions.[1]

**IT IS SO ORDERED.**

Regina S. Edwards, Magistrate Judge
United States District Court

September 23, 2021

Copies:        Counsel of Record

6|10

---

[1] *See, e.g., Holly v. UPS Supply Chain Solutions, Inc.*, 3:13-CV-980-DJH-CHL, DN 38 (W.D. Ky. Mar. 27, 2015) (Imposing sanctions for appearing at settlement conference with representative who had to "call the home office" to obtain variance from a predetermined cap on authority in violation of the settlement conference order.).