UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:19-CV-790-DJH

ASHLEA BURR, MARIO DAUGHERTY,  PLAINTIFFS
on behalf of themselves and as guardians and next friends of
minor children, J.B., Z.S.W. and Z.S.
v.

LOUISVILLE METRO GOVERNMENT, *et al.*  DEFENDANTS

## PLAINTIFFS' EXPERT DISCLOSURE

Plaintiffs, Ashlea Burr ("Ashlea") and Mario Daugherty ("Mario"), on behalf of themselves and as guardians and next friends of minor children, J.B., Z.S.W. and Z.S. ("Children")(collectively "Plaintiffs"), pursuant to this Court's Scheduling Order and F.R.C.P. 26(a)(2), serve the following expert disclosure upon Defendants, Louisville Metro Government ("Metro") and Joseph Tapp ("Tapp")(collectively "Defendants").

1.  Tessa Stephens, Seven Counties Services, Inc. and/or any employee or agent of Seven Counties. They may testify regarding treatment, diagnosis, and prognosis of Plaintiffs' children and Plaintiffs, including, but not limited to, past, present, and future care and effects of the incident upon them. See also records of Seven Counties produced to Defendants. They may also testify regarding the psychological effects of the incident upon Plaintiffs.

2.  Any person who may treat Plaintiffs and/or any of their children after today's date regarding any of their treatment, diagnosis, and prognosis, including, but not limited to, past, present, and future care and effects of the incident at issue upon them.

3.  Any person identified as an expert by Defendants.

4.  Any person who may rebut the testimony of any expert identified by Defendants.

Plaintiffs reserve the right to amend and/or supplement this disclosure pursuant to F.R.C.P. 26(e).

Respectfully submitted:

/s/ Joshua T. Rose
Joshua T. Rose
ABELL ROSE LLC
108 S. Madison Ave.
Louisville, KY 40243
(502) 450-5611
jrose@abellroselaw.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by U.S. mail and/or email on this 30th day of September 2021, upon the following:

Susan K. Rivera
Assistant Jefferson County Attorney
First Trust Centre
200 S. Fifth Street, Suite 300N
Louisville, KY 40202
susan.rivera@louisvilleky.gov

*Attorney for Defendants*

/s/ Joshua T. Rose
Joshua T. Rose