# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**ASHLEA BURR et al**                                                              **PLAINTIFF**

**v.**                                                          **CIVIL ACTION NO.  3:19-CV-790-DJH**

**LOUISVILLE METRO GOVERNMENT et al**                                      **DEFENDANT**

## REPORT ON SETTLEMENT

A settlement conference was conducted before the Magistrate Judge on December 14, 2021.

Settlement negotiations were conducted in good faith and the parties were able to reach an agreement for the resolution of all claims. The parties agreed to execute a detailed settlement agreement and release of all claims within thirty (30) days of the settlement conference.

Therefore, the Magistrate Judge recommends that this action be dismissed as settled, with prejudice, with leave to reinstate within thirty (30) days after entry of the order of dismissal should the parties fail to fulfill the terms of the settlement agreement within that time period.

Copies to Counsel of Record

TIC:  2/30