UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| ASHLEA BURR and MARIO DAUGHERTY, on behalf of themselves and as guardians and next friends of minor children, J.B., Z.S.W., and Z.S.,     Plaintiffs, | |
| v. | Civil Action No. 3:19-cv-790-DJH-RSE |
| LOUISVILLE METRO GOVERNMENT et al.,     Defendants. | |

\* \* \* \* \*

## ORDER

The parties having agreed to a settlement of all matters in this case (Docket No. 31), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action is **DISMISSED** without prejudice. All dates and deadlines previously set in this matter are **VACATED**.

The parties shall tender an agreed order of dismissal with prejudice within **thirty (30) days** of entry of this Order. The Court will entertain a motion to redocket the action within thirty (30) days of entry of this Order in the event the settlement is not consummated.

January 7, 2022

David J. Hale, Judge
United States District Court

1