UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:19-CV-790-DJH

ASHLEA BURR, MARIO DAUGHERTY,                        PLAINTIFFS
on behalf of themselves and as guardians and next friends of
minor children, J.B., Z.S.W. and Z.S.
v.

LOUISVILLE METRO GOVERNMENT, *et al.*                   DEFENDANTS

*** *** ***

## AGREED ORDER OF DISMISSAL

Plaintiffs, Ashlea Burr ("Ashlea") and Mario Daugherty ("Mario"), on behalf of themselves and as guardians and next friends of minor children, J.B., Z.S.W. and Z.S. ("Children")(collectively "Plaintiffs") and Defendants, Louisville Metro Government ("Metro") and Joseph Tapp ("Tapp")(collectively "Defendants")(Plaintiffs and Defendants are the "Parties"), stipulate, and the Court Orders as follows:

The Parties have fully settled and resolved this matter, except that Parties are waiting on execution of the releases and the settlement checks for the minor settlements. Thus, this matter is DISMISSED WITH PREJUDUCE, except that this Court retains jurisdiction to enforce the settlement and/or Plaintiffs may move to vacate this Order with 10 days if Metro does not fully tender the settlement checks.

_____
David J. Hale, Judge
United States District Court

Stipulated to by:

*/s/ Joshua T. Rose*
JOSHUA T. ROSE
Abell Rose LLC
108 S. Madison Ave.
Louisville, KY 40243
(502) 450-5611
jrose@abellroselaw.com
*Counsel for Plaintiffs*

/s/ Susan Rivera
Susan K. Rivera
Assistant Jefferson County Attorney
200 S. Fifth Street, Suite 300N
Louisville, KY 40202
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed via the Court's ECF system on this 7th day of February 2022, and served upon those registered to receive service thereof:

/s/ Joshua T. Rose
Joshua T. Rose