UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ASHLEA BURR and MARIO
DAUGHERTY, on behalf of themselves and
as guardians and next friends of minor
children, J.B., Z.S.W., and Z.S.,                           Plaintiffs,

v.                                                           Civil Action No. 3:19-cv-790-DJH-RSE

LOUISVILLE METRO GOVERNMENT
et al.,                                                      Defendants.

\* \* \* \* \*

## ORDER

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared. (Docket No. 33) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket.

February 23, 2022

David J. Hale, Judge
United States District Court